AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:99CR71-06 |
| MICHAEL LEE CAMP ) | USM No: 15164-058 |
| Date of Previous Judgment: 08/13/2001 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __96 months__ months **is reduced to** __time served__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
**It is further ordered** that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __08/13/2001__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __April 1, 2008__

Effective Date: __April 1, 2008__
(if different from order date)

Richard L. Voorhees
United States District Judge